**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 3:09CR045-7 |
| Plaintiff, | : | JUDGE THOMAS M. ROSE |
| v. | : | |
| CALILIN J. GRANT, | : | |
| Defendant. | : | |

**FINAL ORDER OF FORFEITURE
OF DEFENDANT CALILIN J. GRANT'S ASSET**

WHEREAS, on December 13, 2011, this Court entered a Preliminary Order of Forfeiture, (Doc. 177) ordering the forfeiture pursuant to 21 U.S.C. §853(a)(1) and (2), of the following property:

(a) 2009 BMW X6, VIN: 5UXFG83529LZ93989; and

WHEREAS, the United States published notice of this forfeiture action and the intent of the United States to dispose of the property in accordance with law, and further notified all parties of their right to petition the Court for a hearing to adjudicate the validity of their alleged interest in the property, beginning on December 29, 2011 and continuing for at least thirty (30) consecutive days, on the www.forfeiture.gov website (Doc. 188); and

WHEREAS, the United States did send direct written notice of the Preliminary Order of Forfeiture to Paul A. McCatheron in accordance with Rule 32.2 (6)(D) of the Federal Rules of Criminal Procedure (Doc. 189); and

WHEREAS, no timely petition has been filed to the property listed above; and

WHEREAS, the Defendant was sentenced and a Judgment (Doc. 181) was entered on January 18, 2012 and that Judgment ordered the forfeiture of the above-referenced property; and

WHEREAS, the Court finds that defendant had an interest in the property; the United States has established the requisite nexus between the property and the offense; and the United States has established that the property is subject to forfeiture pursuant to 21 U.S.C. §853(a)(1) and (2);

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Preliminary Order of Forfeiture entered in this action on December 13, 2011 (Doc. 177), ordering the forfeiture, pursuant to 21 U.S.C. §853(a)(1) and (2) of the following property:

(a) 2009 BMW X6, VIN: 5UXFG83529LZ93989

is final; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that all right, title and interest to the property described above is hereby condemned, forfeited and vested in the United States of America and the United States has clear title to the property described above; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the custodian of the property is hereby authorized to dispose of the property in accordance with the law; and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the United States District Court shall retain jurisdiction in the case for the purpose of enforcing this Final Order of Forfeiture.

SO ORDERED:

Dated: March 21, 2012                              *s/THOMAS M. ROSE*

                                                         _____
                                                         THOMAS M. ROSE
                                                         UNITED STATES DISTRICT JUDGE